In the Matter of the Application of THE LONG ISLAND RAILROAD COMPANY,

Petitioner, for a Certiorari Order against TRANSIT COMMISSION OF THE STATE OF NEW YORK and Others, Respondents.— Order of certiorari dismissed and determination of respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.